United States District Court
Southern District of Texas
**ENTERED**
August 14, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FS Medical Supplies LLC | § § | |
| *versus* | § § | Civil Action 4:25-cv-01332 |
| Zhejiang Orient Gene Biotech Co., Ltd., et al. | § | |

## SCHEDULING/DOCKETING CONTROL ORDER

Anticipated Length of Trial: __5-7__ Days        Jury: __x__   Non-Jury: _____

1. (a) **NEW PARTIES** shall be joined by:                                     __7/31/25__

    The Attorney causing the addition of new parties will provide copies of this Order to new parties.

    (b) **AMENDMENT to PLEADINGS** by Plaintiff or Counter-Plaintiff shall be filed by:                                     __9/15/25__

2. EXPERT WITNESSES for the PLAINTIFF will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:                                     __12/18/25__

3. EXPERT WITNESSES for the DEFENDANT will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:                                     __1/23/26__

4. DISCOVERY must be completed by:                                     __3/10/26__
   (Due at least two weeks before motions deadline)

    Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS                                     4/6/26
   (except motions *in limine*) will be filed by:       (Due 90 days prior to Trial)

6.  JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE* will be filed by:
    (The Court will fill in this date)

    6/29/26
    (Due the Monday before trial)

7.  TRIAL will begin at 9:00 a.m.
    (The Court sets a firm trial date)

    7/6/26
    (15 Months from the date case filed)

---

8/14/2025
Date

*(signature)*
Keith P. Ellison
United States District Judge

---

6/27/25
Date

/s/ Kent A. Yalowitz
Counsel for Plaintiff(s)

---

6/27/25
Date

/s/ Michael M. Maya
Counsel for Defendant(s)