# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  |  |
|---|---|
| FS MEDICAL SUPPLIES, LLC | |
| Plaintiff, | |
| v. | Case No. No. 4:25-cv-01332 |
| | Judge Keith P. Ellison |
| ZHEJIANG ORIENT GENE BIOTECH CO., LTD. and HEALGEN SCIENTIFIC, LLC | |
| Defendants. | |

## [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINES

Having considered Defendants' Unopposed Motion to Extend Deadlines, and all papers and arguments of counsel in support of the Motion, the Motion is GRANTED. The Court sets the following deadlines:

- The deadline for Defendants' response to Plaintiff's motion to compel the deposition of Xiaoliang Fang is extended to December 19, 2025.

- The deadline for Defendants to serve expert reports is extended to January 30, 2026.

- The deadline to complete discovery is extended to March 17, 2026.

**IT IS SO ORDERED**

Signed at Houston, Texas on _____ 2025

_____
Hon. Keith P. Ellison
United States District Judge