United States District Court
Southern District of Texas

**ENTERED**

June 11, 2026

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| FS MEDICAL SUPPLIES LLC, | § § | CIVIL ACTION NUMBER 4:25-cv-01332 |
| Plaintiff, | § | |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| ZHEJIANG ORIENT GENE BIOTECH CO, LTD, & HEALGEN SCIENTIFIC, LLC, | § § § § | |
| Defendants. | § | |

### ORDER

Defendants submitted a letter by email to the Case Manager requesting (i) redaction of portions of the order denying motion to modify protective order, and (ii) abatement of the June 23, 2026, deadline for joint pretrial order and motions *in limine* pending resolution of Plaintiff's forthcoming motion for leave to amend and join non-diverse defendants. See Dkt 175 (notice by Plaintiff of intention to seek joinder of non-diverse parties).

Both aspects of requested relief are GRANTED.

A redacted version of the order has replaced the original, unredacted version. See Dkt 174.

The remaining deadlines in the current scheduling order are hereby ABATED. Dkt 92. They will be reset as necessary after ruling enters upon the forthcoming motion by Plaintiff.

SO ORDERED.

Signed on June 11, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge